# UNITED STATES DISTRICT COURT

| Middle | District of | Alabama |

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

RECEIVED
2006 OCT 23 A 10: [illegible]

CASE NUMBER: 2:06CV957 - MEF

I, **RAYDREKOS SATCHER** _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration **KILBY CORRECTIONAL FACILITY**

    Are you employed at the institution? **Yes**    Do you receive any payment from the institution? **NO**

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.    **N/A**

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☑ |
    | b. | Rent payments, interest or dividends | ☐ | ☑ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
    | d. | Disability or workers compensation payments | ☐ | ☑ |
    | e. | Gifts or inheritances | ☐ | ☑ |
    | f. | Any other sources | ☐ | ☑ |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

OCTOBER 19, 06   *Raydrixous Satcher*   #185874
_____   _____
Date             Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

| State of Alabama<br>Unified Judicial System<br>Form C-10<br>Page 1 of 2    Rev. 2/95 | **AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER** | Case Number |
|---|---|---|

IN THE _____ COURT OF _____ ALABAMA
(Circuit, District, or Municipal)         (Name of County or Municipality)

STYLE OF CASE: __Raydrekos Satcher__ vs __D.T. Marshall, Montgomery Co. Jail__
                    Plaintiff(s)                      Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☑ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE--(such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the Court appoint one for me.

☐ CRIMINAL CASE--I am financially unable to hire an attorney and request that the Court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION - I am financially unable to hire an attorney and request that the Court appoint one for my child/me.

**SECTION I.                          AFFIDAVIT**

1. **IDENTIFICATION**
   Full Name __Raydrekos Satcher__                Date of Birth __June 25, 1979__
   Spouse's Full Name (if married) __N/A__
   Complete Home Address __P.O. Box 150__
   __Mt. Meigs, AL 36057__
   Number of People Living in Household __8__
   Home Telephone No. __N/A__
   Occupation/Job __N/A__                Length of Employment __N/A__
   Driver's License Number __N/A__    * Social Security Number __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__
   Employer __N/A__                    Employer's Telephone No. __N/A__
   Employer's Address __N/A__

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (if so, please check those which apply.)
   ☐ AFDC    ☐ Food Stamps    ☐ SSI    ☐ Medicaid    ☐ Other __N/A__

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
       Monthly Gross Income                                                      $ ___
       Spouse's Monthly Gross Income (unless a marital offense)
       Other Earnings: Commissions, Bonuses, Interest Income, etc.
       Contributions from Other People Living in Household
       Unemployment/Workmen's Compensation,
         Social Security, Retirement, etc.
       Other Income (be specific) _____
                TOTAL MONTHLY GROSS INCOME                                       $ 

   Monthly Expenses:
       A. Living Expenses
           Rent/Mortgage                                                         $ ___
           Total Utilities: Gas, Electricity, Water, etc.
           Food
           Clothing
           Health Care/Medical
           Insurance
           Car Payment(s)/Transportation Expenses
           Loan Payment(s)

* OPTIONAL

| Form C-10 Page 2 of 2    Rev. 2/95 | AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER | Case Number |
|---|---|---|

**Monthly Expenses:** *(cont'd from page 1)*
    Credit Card Payment(s)      $ 0
    Educational/Employment Expenses      0
    Other Expenses *(be specific)* _____ 0
    • Sub-Total      A $ 0

B.   Child Support Payment(s)/Alimony    $ 0
    Sub-Total      B $ 0

C.   Exceptional Expenses      $ 0

**TOTAL MONTHLY EXPENSES** *(add subtotals from A & B monthly only)*    $ 0

Total Gross Monthly Income less total monthly expenses:
**DISPOSABLE MONTHLY INCOME**    $ _____

**4. LIQUID ASSETS:**
    Cash on Hand/Bank *(or otherwise available such as stocks, bonds, certificates of deposit)*    $ _____
    Equity in Real Estate *(value of property less what you owe)*
    Equity in Personal Property, etc. *(such as the value of motor vehicles, stereo, VCR, furnishings, jewelry, tools, guns less what you owe)*
    Other *(be specific)* Do you own anything else of value? ☐ Yes ☐ No
    *(land, house boat, TV, stereo, jewelry)*
    If so, describe _____

**TOTAL LIQUID ASSETS**    $ 0

**5. Affidavit/Request**

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the Court or its authorized representative to attain records or information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the Court appoints an attorney to represent me, the Court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this
19th day of October, 2006.

_Curley L. Turner_
Judge/Clerk/Notary

Affiant's Signature: _Raydrekous Satcher_
Print or Type Name: RAYDREKOUS SATCHER

**SECTION II.**      **ORDER OF COURT**

IT IS THEREFORE, ORDERED AND ADJUDGED BY THIS COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his defense; therefore, defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the Clerk of Court or as otherwise ordered and disbursed as follows: _____

☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.

IT IS FURTHER ORDERED AND ADJUDGED that the Court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the Court and paid to the appointed counsel, and costs of court.

Done this _____ day of _____, 19 ___.

_____
Judge