RECEIVED
2006 NOV -2 A 10:08

A.P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
KILBY CORRECTIONAL FACILITY

AIS #: 185874       NAME: SATCHER, RAYDREKOUS T.        AS OF: 10/31/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| NOV | 30 | $11.20 | $60.00 |
| DEC | 31 | $12.81 | $35.00 |
| JAN | 31 | $0.51 | $0.00 |
| FEB | 28 | $0.51 | $0.00 |
| MAR | 31 | $0.51 | $0.00 |
| APR | 30 | $0.51 | $0.00 |
| MAY | 31 | $0.51 | $0.00 |
| JUN | 30 | $16.37 | $200.00 |
| JUL | 31 | $0.19 | $0.00 |
| AUG | 31 | $0.19 | $0.00 |
| SEP | 30 | $0.19 | $0.00 |
| OCT | 31 | $4.20 | $20.00 |

X _LaSonya Will-Harvest Account Clerk I_
10/31/06

KILBY CORRECTIONAL FACILITY
P.O. BOX 150
MT. MEIGS, ALABAMA 36057-0150