Case Number

___ ___ ___
ID  YR  NUMBER
(To be completed
by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

_____
[Insert appropriate court]

KAYDREKOUS SATCHER
(Petitioner)

2:06CV957-MEF

vs.

J.T. MARSHALL SHERIFF, DERRICK CUNNINGHAM
(Respondent(s))

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED
## IN FORMA PAUPERIS

I, KAYDREKOUS SATCHER, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ____   No ✓

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   N/A

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   N/A

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes ____    No ✓

   b. Rent payments, interest, or dividends?
      Yes ____    No ✓

   c. Pensions, annuities, or life insurance payments?
      Yes ____    No ✓

   d. Gifts or inheritances?
      Yes ____    No ✓

   e. Any other sources?
      Yes ____    No ✓

RECEIVED 2006 NOV -7 A 10:15 DEBRA P. HACKETT CLERK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

N/A

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____          No __✓__

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____          No __✓__

   If the answer is "yes", describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

   Executed on __OCTOBER 31, 2006__.
                      (Date)

   Signature of Petitioner

   **CERTIFICATE**

   I hereby certify that the petitioner herein has the sum of $ __.83__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __Kilby Correctional Facility__ institution:

   __November 3, 2006__
   DATE

   __LaTonya W. Harwood__
   AUTHORIZED OFFICER OF INSTITUTION

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
KILBY CORRECTIONAL FACILITY

AIS #: 185874      NAME: SATCHER, RAYDREKOUS T.          AS OF: 11/03/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| NOV | 27 | $12.43 | $60.00 |
| DEC | 31 | $12.81 | $35.00 |
| JAN | 31 | $0.51 | $0.00 |
| FEB | 28 | $0.51 | $0.00 |
| MAR | 31 | $0.51 | $0.00 |
| APR | 30 | $0.51 | $0.00 |
| MAY | 31 | $0.51 | $200.00 |
| JUN | 30 | $16.37 | $0.00 |
| JUL | 31 | $0.19 | $0.00 |
| AUG | 31 | $0.19 | $0.00 |
| SEP | 30 | $0.19 | $20.00 |
| OCT | 31 | $4.38 | $0.00 |
| NOV | 3 | $0.83 | |

*La'Jonya W. Harvest*
11/3/06