IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 DEC 15 A 9:45

Raydrekos Satcher #185874
Plaintiff,

v.                                                                                          2: 06 - CV - 957 - MEF

Sheriff D.T. Marshall, et al.,
Defendants.

### RESPONSE TO COURT ORDER

Comes now the above named Plaintiff in the above cause and request the following:

Plaintiff does wish to continue with this cause of action and authorized prison officials to withdraw funds from his prison account for payment of the initial partial filing fee.

Done this the 12th day of December 2006.

> Raydrekos Satcher
> AIS # 185874
> P.O. Box 150
> Mt. Meigs, Al. 36057

### CERTIFICATE OF SERVICE

I hereby certify that the forgoing documents have been placed in the Uinted States mail box at P.O. Box 150 Mt. Meigs, Al. 36057 and address to the Middle District Alabama.

Done this the 12th day of December 2006.

> *Raydrekos Satcher* (signature)
> Raydrekos Satcher
> AIS # 185874
> P.O. Box 150
> Mt.Meigs, Al 36057