IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| RAYDREKOS SATCHER, #185874, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-957-MEF |
| | ) | |
| D. T. MARSHALL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On  March 19, 2007, the Magistrate Judge filed a Recommendation in this case to
which no timely objections have been filed.  Upon an independent review of the file in this
case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  This case is DISMISSED without prejudice.

DONE this the 12th day of April, 2007.


_____
        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE